United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 09-1042                             September Term 2009
                                        SEC-73FR74770
                                        SEC-34-59039

                              Filed On: February 16, 2010 [1230052]

NetCoalition,

    Petitioner

    v.

Securities and Exchange Commission,

    Respondent

------------------------------

NYSE Arca, Inc. and The NASDAQ Stock Market, LLC,
    Intervenors

------------------------------

Consolidated with 09-1045

    **BEFORE:** Circuit Judges Henderson and Garland and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on February 16, 2010 at 10:16 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    Carter G. Phillips , counsel for Petitioners.

    Mark Pennington (SEC) , counsel for Respondents.

    Douglas W. Henkin, counsel for Intervenor.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                         BY:    /s/
                                       Shana E. Thurman
                                       Deputy Clerk